[No. 11295-1-III.   Division Three.   February 25, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANCISCO
PONCH TOBIAS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 90-1-01192-6, Harold D. Clarke, J., entered December 21, 1990. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Sweeney, J.

[No. 14481-6-II.   Division Two.   February 27, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANE D.
CRAIG, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 90-1-00492-7, William J. Kamps, J., entered November 15, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, A.C.J., and Seinfeld, J.

[No. 14519-7-II.   Division Two.   February 27, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DWAYNE G.
JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 90-1-00363-7, Leonard W. Kruse, J., entered November 16, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, C.J., and Seinfeld, J.